established by proof upon the accounting for the determination of the gross profit of the joint adventture.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA DEHALL, Appellant.— Judgment of conviction of the County Court of Kings county reversed on the facts and a new trial ordered in the interests of substantial justice. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANNA DEHALL, Appellant.— In view of the decision in People v. DeHall (ante, p. 689), decided herewith, the appeal from the order denying defendant's motion for a new trial on the ground of newly-discovered evidence is dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDMUND VAN OSTEN, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

RALPH SAVARESE, an Infant under the Age of Fourteen Years, by ANTHONY SAVARESE, His Guardian ad Litem, Appellant, v. HENRY DAZIAN and EMIL HORNEKAMP, Respondents. (Appeal No. 1.) — As to items 1, 3 and 5 of the notice of examination, order granting motion to vacate reversed on the law and the facts, with ten dollars costs and disbursements, and motion to vacate denied; examination to proceed on five days' notice. The matters covered by these items are proper subjects of inquiry, and as to them the examination should be allowed. In so far as it vacates items 2 and 4, the order is affirmed, without costs. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

RALPH SAVARESE, an Infant under the Age of Fourteen Years, by ANTHONY SAVARESE, His Guardian ad Litem, Appellant, v. HENRY DAZIAN and EMIL HORNEKAMP, Respondents. (Appeal No. 2.) — Order modified by granting a preference to the plaintiff over issues of the term for which the case was noticed for trial, and as thus modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ALY I. SCHALL, Appellant, v. STANDARD OIL COMPANY OF NEW YORK, Respondent.— Order of the City Court of Yonkers setting aside service of summons affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder and Tompkins, JJ., concur; Carswell, J., not voting.

STATION IMPROVEMENT CORPORATION, Respondent, v. WYCHWOOD HOLDING CORPORATION, SHOREWOOD REALTY CORPORATION, Appellants, and Others, Defendants.— Order of the County Court of Nassau county granting plaintiff's motion for the appointment of a referee to compute and denying cross-motion of appellants to open default and for leave to serve and file answers reversed on the law and the facts, plaintiff's motion denied, and appellants' cross-motion granted without costs. The answers may be served within ten days from date of entry of the order herein. We think that, under the complicated facts shown by the record, the issue presented by the proposed answers should be tried. Lazansky, P. J., Young, Kapper, Hagarty and Tompkins, JJ., concur.

FRANCES TRAMONTANA, Respondent, v. JOSEPH TRAMONTANA, Appellant.— Order granting plaintiff's motion for alimony and counsel fee modified by reducing the alimony to twenty dollars a week, and as so modified affirmed, without costs.